IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES COPPEDGE | : | CIVIL ACTION |
| | : | NO. 12-1917 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

**ORDER**

AND NOW, this 4th day of September, 2012, upon consideration of defendants' motions to dismiss, and plaintiff's filings in response thereto, it is ORDERED that:

(1) having found that plaintiff's filings at Docket Numbers 13, 14 and 15 constitute plaintiff's response to defendants' motions to dismiss, the Court's Order of July 31, 2012 is VACATED;

(2) the motion to dismiss filed by the City of Philadelphia, Joan Decker and James Vandermark (Dkt. No. 10) and the motion to dismiss filed by defendant Andrew L. Markowitz (Dkt. No. 11) are GRANTED and plaintiff's claims are DISMISSED with prejudice for lack of subject matter jurisdiction.

It is FURTHER ORDERED that plaintiff's "Motion to Seal This Document and All Attached to the Attention of Honorable United States District Court Eastern District of Pennsylvania Chief Judge" (Dkt. No. 3) is DENIED AS MOOT.

                                                      *s/Thomas N. O'Neill, Jr.*
                                                      THOMAS N. O'NEILL, JR., J.